IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00808-BNB

OSCAR HERRERA,

Applicant,

v.

KEVIN MILYARD,

Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 0 4 2009

GREGORY C. LANGHAM
CLERK

_____

ORDER VACATING APRIL 9, 2009, ORDER AND GRANTING APPLICANT
LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

In an order filed on April 9, 2009, the Court denied Applicant, Oscar Herrera, leave to proceed pursuant to 28 U.S.C. § 1915 because the certified account statement he submitted showed that he had $68.03 available in his account. Therefore, the Court determined that Mr. Herrera had sufficient funds to pay the $5.00 filing fee required under 28 U.S.C. § 1914 and that he did not qualify for commencement of this action without prepayment of fees or security pursuant to § 1915.

On April 23, 2009, Mr. Herrera submitted to the Court a motion requesting review of the decision to deny him leave to proceed pursuant to 28 U.S.C. § 1915 together with a certified copy of his trust fund account statement showing that as of April 16, 2009, he had an available balance of zero. Therefore, the Court will reconsider and vacate its April 9, 2009, decision, and will grant Mr. Herrera leave to proceed pursuant to 28 U.S.C. § 1915. Accordingly, it is

ORDERED that the the April 9, 2009, decision to deny Applicant, Oscar Herrera,

leave to proceed pursuant to 28 U.S.C. § 1915 is vacated.  It is

FURTHER ORDERED that Mr. Herrera is granted leave to proceed pursuant to

28 U.S.C. § 1915 in this habeas corpus action.  It is

FURTHER ORDERED that process shall not issue until further order of the

Court.

DATED at Denver, Colorado, this ___/___ day of _____ *May* _____, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00808-BNB

Oscar Herrera
Prisoner No.  122210
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751


     I hereby certify that I have mailed a copy of the **ORDER** to the above-named
individuals on 5/4/09


GREGORY C. LANGHAM, CLERK

By:_____
           Deputy Clerk